In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the EXISTING HIGHWAY-RAILROAD CROSSING at Grade of the Railroad Operated by Lehigh Valley Railroad Company (L and LE Branch) and Ridge Road in the Town of West Seneca, Erie County. (Case No. 5386.) — Orders affirmed, with costs. All concur. (One order designated the elimination of a grade crossing; another amended the order of elimination; another

affirmed the order of elimination and the amendatory order; and another denied an application for a rehearing.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.